IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 4:15CR40031
)
CLIFTON BISHOP )

## ORDER

Before the Court is the Government's motion (Doc. 19) to dismiss the indictment as to Clifton Bishop, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Upon due consideration, the Court find that the motion should be granted.

IT IS THEREFORE ORDERED that the Government's motion (Doc. 19) to dismiss the indictment is GRANTED. The indictment filed in the instant matter on September 18, 2013, is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of June, 2017

SUSAN O. HICKEY
U.S. DISTRICT JUDGE